IN THE CHANCERY COURT FOR WILLIAMSON COUNTY
STATE OF TENNESSEE

STEPHANIE MCLEAN,                    )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )
                                     )        No. 44181
                                     )        JURY DEMAND
MUSCLEPHARM CORPORATION,             )
                                     )
        Defendant.                   )
                                     )

## NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

TO:
        Williamson County Clerk & Master
        135 4th Ave S. #236
        Franklin, Tennessee 37064


        Mathew R. Zenner
        McCune Zenner Happell, PLLC
        5200 Maryland Way, Suite 120
        Brentwood, Tennessee 37027


PLEASE TAKE NOTICE that on June 16, 2015, the Defendant, MusclePharm Corporation, filed in the United States District Court for the Middle District of Tennessee, at Nashville, a Notice of Removal of the case of Stephanie McLean v. MusclePharm Corporation, Docket No. 44181. A copy of the Notice of Removal is submitted herewith for filing and incorporated herein by reference.

EXHIBIT
A

Respectfully submitted,

*[signature: Rebecca Wells Demaree]*

Rebecca Wells Demaree (#13994)
Pele I. Godkin (#22850)
Cornelius & Collins, LLP
Suite 1500, Nashville City Center
511 Union Street
P. O. Box 190695
Nashville, Tennessee 37219
(615) 244-1440

## CERTIFICATE OF SERVICE

The foregoing instrument has been served via U.S. Mail, postage prepaid, this 22nd day of June, 2015, on the following:

Mathew R. Zenner
McCune Zenner Happell, PLLC
5200 Maryland Way, Suite 120
Brentwood, Tennessee 37027
*Attorney for the Plaintiff*

*[signature: Rebecca Wells Demaree]*

Rebecca Wells Demaree

2