IN THE UNITED STATES DISCTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| STEPHANIE McLEAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:15-0688 |
| | ) | |
| MUSCLEPHARM CORPORATION, | ) | Judge Campbell/Knowles |
| | ) | |
| Defendant. | ) | |

**AGREED ORDER OF COMPROMISE AND DISMISSAL**

By agreement of the parties, as is evidenced by the signatures of counsel set forth below, all matters in controversy have been resolved to the mutual satisfaction of the parties. Therefore, it is ORDERED that this case is hereby dismissed with prejudice. The Parties shall be responsible for their own costs, fees and expenses.

Entered this _____ day of September, 2016

_____Todd Campbell_____
JUDGE

APPROVED FOR ENTRY:

*/s/ Matthew R. Zenner*
Mathew R. Zenner (#018969)
McCUNE ZENNER HAPPELL, PLLC
5200 Maryland Way, Suite 120
Brentwood, TN 37027
Tel: (615)425-3476
*mzenner@mzhlawfirm.com*

*/s/ Rebecca Wells Demaree*
Rebecca Wells Demaree (#13994)
Pele I. Godkin (#22850)

1

Cornelius & Collins, LLP
P.O. Box 190695
511 Union St., Ste. 1500
Nashville, TN 37219-0695
Tel: (615)244-1440
rwdemaree@cclawtn.com

2

Case 3:15-cv-00688   Document 10   Filed 09/13/16   Page 2 of 2 PageID #: 39